THE PEOPLE OF THE STATE OF NEW YORK ex rel. VAN NORDEN TRUST COMPANY et al., Appellants, *v.* JAMES L. WELLS et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Van Norden Trust Co.* v. *Wells,* 118 App. Div. 881, affirmed. (Argued April 15, 1908; decided May 19, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1907, which affirmed an order of Special Term dismissing a writ of certiorari and confirming the proceedings of the defendants in assessing certain personal property for the purposes of taxation.

*Benjamin E. Missler* and *Edward W. S. Johnston* for appellants.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.